# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162468(64)

RONNIE MOUSSA EL-ACHKAR,
      Plaintiff,
and

OAKWOOD HEALTHCARE, INC.,
PHYSIOMATRIX, INC., GENEX
PHYSICAL THERAPY, INC.,
ELITE CHIROPRACTIC CENTER, PC,
and PRIME CARE CHIROPRACTIC, PC,
      Intervening-Plaintiffs,

v

SENTINEL INSURANCE COMPANY, LTD.,
      Defendant/Third-Party Plaintiff-
      Appellant,
and

HARTFORD INSURANCE COMPANY OF
ILLINOIS,
      Defendant,
and

HALA BAYDOUN BAZZI and MARIAM
BAZZI,
      Third-Party Defendants,
and

CITIZENS INSURANCE COMPANY,
      Appellee.
_____/

SC: 162468
COA: 348380
Wayne CC: 13-005965-NI

On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 5, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk